```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 05721
   AFRICA T SMITH
   MARCELLUS SMITH                           CHAPTER 13

                                             JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4393     SSN XXX-XX-0309

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/11/08 .

     2.  The case was dismissed without confirmation, 05/16/2008.

     3.  The Debtor paid a total of $     775.00 .

-----------------------------------------------------------------------------
CREDITOR NAME                  CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID       PAID
-----------------------------------------------------------------------------

         Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED      OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00         .00         .00
PRINCIPAL PAID        .00         .00         .00         .00         .00
INTEREST PAID         .00         .00         .00         .00         .00
TOTAL PAID            .00         .00         .00         .00         .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $    775.00 .




     Dated: 09/10/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 08 B 05721 AFRICA T SMITH & MARCELLUS SMITH
```